# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

FILED
JUN - 1 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

JEFFREY BAKER )
_____ )
_____ ) Case Number: 15-600-JPG
*Plaintiff/Petitioner(s)* ) (Clerk's Office will provide)
v. )
Sheriff Robert Hertz et. AL ) ☒ **CIVIL RIGHTS COMPLAINT**
_____ ) pursuant to 42 U.S.C. §1983 (State Prisoner)
_____ ) ☐ **CIVIL RIGHTS COMPLAINT**
_____ ) pursuant to 28 U.S.C. §1331 (Federal Prisoner)
*Defendant/Respondent(s)* ) ☐ **CIVIL COMPLAINT**
) pursuant to the Federal Tort Claims Act,
) 28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

JEFF BAKER #32292 405 Randle St. Edwardsville, IL 62025
MADISON County Jail 405 Randle St. Edwardsville IL 62025

**Defendant #1:**

B. Defendant Robert Hertz is employed as
   (a) (Name of First Defendant)

Sheriff
   (b) (Position/Title)

with MADISON County Sheriffs Department Jail Division
   (c) (Employer's Name and Address)

405 Randle St Edwardsville, IL. 62025

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain: Defendant sheriff Robert HERTZ acting under color of state law is a state employee with the city of Edwardsville, County of Madison, State of Illinois

(Rev. 7/2010) 1

**Defendant #2:**

C.  Defendant __John LAKIN__ is employed as
(Name of Second Defendant)

__Sheriff__
(Position/Title)

with __Madison County Sheriffs Department Jail Division__
(Employer's Name and Address)
__405 Randle St. Edwardsville, IL 62025__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If you answer is YES, briefly explain: Defendant Sheriff John Lakin acting under color of state law is a state employee with City of Edwardsville, County of Madison, State of Illinois

**Additional Defendant(s) (if any):**

D.  Using the outline set forth above, identify any additional Defendant(s).

(Defendant #3) Defendant __GARY Bost__ is Employed as __Jails SuperIntendant/Captain__ with __Madison County Sheriffs Department Jail Division__ located at __405 Randle St. Edwardsville, IL 62025__ ☒ Yes Defendant Jails SuperIntendant/Captain GARY Bost Acting under color of state law i.s. A state employee with City of Edwardsville, County of Madison, State of Illinois

(Defendant #4) Defendant Donald Bunt was Employed as Captain with Madison County Jail located At 405 Randle St. Edwardsville, IL. 62025 ☒ Yes Defendant Captain Donald Bunt Acting under color of state law was A state Employee with City of Edwardsville, County of Madison, State of Illinois.

(Defendant #5)

Defendant Robert Hollenbach is Employed as a Lieutenant with the Madison County Jail Located At 405 Randle Street Edwardsville, IL. 62025 ☒Yes, Defendant Lieutenant Robert Hollenbach Acting under Color of State law is A State Employee with the City of Edwardsville, County of Madison, State of Illinois.

(DEFENDANT #6)

Defendant Randy Young is Employed as A Lieutenant with the Madison County Jail located at 405 Randle St. Edwardsville, IL. 62025 ☒Yes, Defendant Lieutenant Randy Young Acting under Color of State law is A State Employee with the City of Edwardsville, County of Madison, State of Illinois.

(Defendant #7)

Defendant Lietenant Hill is Employed As A Lieutenant with the Madison County Jail located At 405 Randle St. Edwardsville, IL. 62025 ☒Yes, Defendant Lieutenant Hill Acting under color of state law is a State Employee with the City of Edwardsville, County of Madison, State of Illinois.

(Defendant #8)

Defendant Miran Thompson is Employed as A Sergeant with the Madison County Jail Located At 405 Randle St. Edwardsville, IL.

(TURN OVER)

(Continued Defendant #8)

62025 ☒ Yes, Defendant Sergeant MIRAN Thompson Acting under Color of State law is A State Employee with city of EDWARDSville, County of MADison, STATE OF Illinois

(Defendant #9)

Defendant Sergeant Dover is Employed As A Sergeant with the MADison County Jail Located At 405 Randle St. EDWARDSville, IL. 62025 ☒ Yes, Defendant Sergeant Dover Acting under Color of State Law is A State Employee with city of EDWARDSville, County of MADison, State of Illinois

(Defendant #10)

Defendant Jodie Collman is Employed as a Sergeant with the Madison County Jail located At 405 Randle St. EDWARDSville, IL. 62025 ☒ Yes, Defendant Sergeant Jodie Collman Acting under Color of state law is A State Employee with the city of EDWARDSville, County of MADison, state of Illinois

(Defendant #11)

Defendant Paul SARHage is Employed as a Sergeant with the MADison County Jail located At 405 Randle St. EDWARDSville, IL. 62025 ☒ Yes, Defendant Sergeant Paul Sarhage Acting under Color of State law is A State Employee with the city of EDWARDSville, County of MADison, state of Illinois

(Continued Next Page)

(Defendant #12)

Defendant Steve Ridings is Employed as A Sergeant with the Madison County Jail located at 405 Randle St. Edwardsville, IL. 62025 ☒ yes, Defendant Sergeant Steve Ridings Acting under Color of state law is a State Employee with the city of Edwardsville, County of Madison, State of Illinois.

(Defendant #13)

Defendant Donald Mcnaughton is Employed as A Deputy with the Madison County Jail located at 405 Randle St. Edwardsville, IL. 62025 ☒ yes, Defendant Deputy Donald Mcnaughton Acting under Color of State Law is a State Employee with the City of Edwardsville, County of Madison, State of Illinois

(Defendant #14)

Defendant Kent Griffith is Employed As A Deputy with the Madison County Jail located At 405 Randle St. Edwardsville, IL. 62025 ☒ yes, Defendant Deputy Kent Griffith Acting under Color of State Law is A State Employee with the City of Edwardsville, County of Madison, State of Illinois

(Defendant #15) Defendant Tim Walker is Employed As A Deputy with the Madison County Jail located At 405 Randle St. Edwardsville, IL. 62025 ☒ yes, Defendant Deputy Tim Walker Acting under Color of state law is A State Employee with the city of Edwardsville, County of Madison, State of Illinois.

(Continued Turn over)

(Defendant #16), Defendant Craig Richert is Employed as A Deputy with the Madison County Jail Located At 405 Randle St. Edwardsville, IL. 62025 ☒ Yes, Defendant Deputy Craig Richert Acting under Color of State law is a State Employee with the city of Edwardsville, County of Madison, State of Illinois

(Defendant #17), Defendant Mike Tassone is Employed as A Deputy with the Madison County Jail Located at 405 Randle St. Edwardsville, IL. 62025 ☒ Yes, Defendant Deputy Mike Tassone Acting under color of State Law is a State Employee with the city of Edwardsville, County of Madison, State of Illinois.

(Defendant #18), Defendant Mike Hare is Employed As A Deputy with the Madison County Jail Located at 405 Randle St. Edwardsville, IL. 62025 ☒ Yes, Defendant Deputy Mike Hare Acting under color of State Law is A State Employee with the city of Edwardsville, County of Madison, State of Illinois

(Defendant #19), Defendant Mark Spurgeon is Employed As A Deputy with the Madison County Jail Located at 405 Randle St. Edwardsville, IL. 62025 ☒ Yes, Defendant Deputy Mark Spurgeon Acting under color of State law is a State Employee with the city of Edwardsville, County of Madison, State of Illinois.

(Defendant #20), Defendant Blake Sellers is Employed As A Deputy with the Madison County Jail Located At 405 Randle St. Edwardsville, IL. 62025 ☒ Yes, Defendant Deputy Blake Sellers Acting under color of State law is A State Employee with the city of Edwardsville, County of Madison, State of Illinois

(Continued on Next Page)

(Defendant #21), Defendant MARK RYAN is Employed as a Deputy with the MADISON County Jail Located At 405 Randle St. EDWARDSville, IL 62025 ☒ Yes, Defendant Deputy MARK RYAN Acting under color of state law is a state Employee with the City of EDWARDSville, County of Madison, State of Illinois

(Defendant #22), Defendant MATT Miller is Employed as a Deputy with the MADISON County Jail located At 405 RANDLE St. EDWARDSville, IL. 62025 ☒ Yes, Defendant Deputy MATT Miller Acting under color of state law is Employed with the city of EDWARDSville, County of MADISON, state of Illinois

(Defendant #23), Defendant Robert Blankenship is Employed as a Physician with the MADISON County Jail located At 405 Randle St. EDWARDSville, IL. 62025 ☒ Yes, Defendant DR. Robert Blankenship Acting under color of state law is a state Employee with the city of EDWARDSville, County of MADison, State of Illinois.

(Defendant #24), Defendant MARTHA MAJOR is Employed as a Nurse with the MADison County Jail located At 405 Randle St. EDWARDSville, IL. 62025 ☒ Yes, Defendant Nurse MARTHA MAJOR Acting under color of state law is a state Employee with the city of EDWARDSville, County of MADison, State of Illinois

(Defendant #25), Defendant Alicia Rushing is Employed As a Nurse with the MADison County Jail located At 405 Randle St. EDWARDSville, IL. 62025 ☒ Yes, Defendant Nurse Alicia Rushing Acting under color of state law is a State Employee with the city of EDWARDSville, County of MADison, state of Illinois

( Continued turn over)

(Defendant #26), Defendant Valerie Bassets is Employed as a Nurse with the Madison County Jail located at 405 Randle St, Edwardsville, IL. 62025 ☒ yes, Defendant Nurse Valerie Bassets Acting under Color of State law is a State Employee with the City of Edwardsville, County of Madison, State of Illinois.

Jeffrey Baker
Printed Name

May 27th 2015
Date

*Jeffrey Baker*
Signed Name

II. **PREVIOUS LAWSUITS**

    A.    Have you begun any other lawsuits in state or federal court relating to your imprisonment? ☐ Yes ☒ No

    B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint</u>.

        1.    Parties to previous lawsuits:
            Plaintiff(s): N/A

            Defendant(s): N/A

        2.    Court (if federal court, name of the district; if state court, name of the county): N/A

        3.    Docket number: N/A

        4.    Name of Judge to whom case was assigned: N/A

        5.    Type of case (for example: Was it a habeas corpus or civil rights action?): N/A

        6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

        7.    Approximate date of filing lawsuit: N/A

        8.    Approximate date of disposition: N/A

III. **GRIEVANCE PROCEDURE**

    A. Is there a prisoner grievance procedure in the institution? ☐ Yes ☒ No

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes ☐ No

    C. If your answer is YES,
        1. What steps did you take?

Sent grievances/complaints to Jail SuperIntendent/Captain Gary Bost and Captain Donald Bunt

        2. What was the result?

Completely Ignored except for A Verbal Response from Sgt. Paul Sarhage who stated Gary Bost would Make a response soon but never did.

    D. If your answer is NO, explain why not.

N/A

    E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☒ Yes ☐ No

    F. If your answer is YES,
        1. What steps did you take? Wrote Letters/Complaints to Jail SuperIntendant Gary Bost and Captain Donald Bunt

        2. What was the result? Completely Ignored except for A Verbal Response from Sergeant Paul Sarhage who stated Gary Bost would make a response soon but still hasn't til this present date

    G. If your answer is NO, explain why not.

N/A

    H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

Anything you write as a Grievance/letter/Complaint goes unAnswered As they dont want any Admission of Guilt to be put into writing to leave any paper trail.

(Rev. 7/2010)                                4

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

SEE Attachment: LABELED

Memorandum of Law

"Complaint"

Statement of claims

(Pages 1 - 130)

Including Evidence and Supporting documents labeled

Exhibits (EF-1) through (EF-14)

Exhibits (RS-1) through (RS-13)

Exhibits (LiB1) through (LiB3)

Exhibit Body

V.  **REQUEST FOR RELIEF**

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

The Plaintiff Jeffrey Baker is Sueing the Defendants, Sheriff Robert Hertz, Sheriff John Lakin, Gary Bost, Donald Bunt, Robert Hollenbach, Randy Young, Lieutenant Hill, Miran Thompson, Sergeant Dover, Jodie Collman, Paul Sarhage, Steve Ridings, Donald McNaughton, Kent Griffith, Tim Walker, Craig Richert, Mike Tassome, Mike Hare, Mark Spurgeon, Blake Sellers, Mark Ryan, Matt Miller, Dr. Robert Blankenship, Martha Major, Alicia Rushing, Valerie Bassets in There Individual and or Official Capacities. (TURN OVER ON REVERSE SIDE)

VI. **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does ☐ does not request a trial by jury.

12 Person Jury

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 5-27-15
(date)

405 RANDLE STREET
Street Address

EDWARDSVILLE, IL. 62025
City, State, Zip

*Jeffrey Baker*
Signature of Plaintiff

Jeffrey Baker
Printed Name

#32292
Prisoner Register Number

N/A
Signature of Attorney (if any)

(Rev. 7/2010)                                   6

FOR Cruel and unusual Punishment, Due Process clause, Equal Protection of The law Liberty interests, Humiliation, Retaliation, Freedom of Religion, Freedom of Speech, Freedom to Communicate, Mental Anguish, Emotional Distress, Psychological Abuse, Post-traumatic Stress Disorder, Physical Injuries, Pain and Suffering. The Plaintiff is Seeking A Temporary Restraining Order (TRO) AND PRELiminary Injunction Relief, Compensatory and Punitive Damages in A MONETARY Sum Amount that is impossible to Assess At this time. The Monetary Sum Amount can be Assessed At A Later Date After the Judgement is Entered on the Preliminary Injunction Since Medical Care AND Treatment is Still NEEDED By the Plaintiff. The Plaintiff still NEEDS Proper Testing and MODERN DAY Procedures, Surgery, Rehabilitation, Specialists Diagnosis to Properly Evaluate the Plaintiffs Medical and Health Condition as well As to be Evaluate The Amount of Damage Done to the Plaintiffs organs, Body Extremities, Mental Emotional, Psychological Damages, etc. That NEEDS Proper Diagnosis to Determine the Monetary Sum Amount for current Damages, as well as Future Damages As this is still An Existing Chronic Illness with Continous Health Problems Due to all the Injuries Described within the Complaint. The Plaintiff states the Defendants violated his (1st) First (5th) Fifth (8th) Eighth and (14th) Fourteenth Amendment Protected By the U.S. Constitution. The Plaintiff Ask The Court with All Due Respect to AWARD the Plaintiff the Damages Listed and Any other Damages the Court Feels the plaintiff Deserves.

also mail a copy of that document to all other parties, or if they have counsel, to that attorney. When you file your paper with the clerk, you must include a **Certificate of Service**, using the format shown below. Any pleading or other document received by the court that fails to include a certificate of service may be disregarded. Note, however, that some prison facilities participate in an electronic filing program. **In general, you are not required to mail copies of documents to parties if your facility participates in an electronic filing program, because parties who participate in electronic filing will receive the document electronically.** And, pursuant to General Order No. 2012-1, the clerk will mail a copy of electronically filed documents to any party who does not receive the document electronically. You may, however, be required to mail copies of a proposed document, such as a proposed amendment to a pleading. Additional information about electronic filing (and General Order No. 2012-1) is available through prison library staff.

### CERTIFICATE OF SERVICE

I certify that a copy of this __1983 Civil Rights Complaint__ was mailed/delivered
(Name of Document)

to __Clerk of the County, U.S. District Court, Southern District of Illinois 750 Missouri Ave__ on __5-27-15__.
(Name and Address of Party/Attorney)                             (Date)
East St. Louis IL 62201

Plaintiff's Return Address
Jeffrey Baker #32292
405 Randle St.
Edwardsville, IL
62025

_Jeffrey Baker_
Signature

_Jeffrey Baker_
Printed Name

12. Do not write letters to the court regarding your case. Such contact is improper. If you wish to provide information or ask the court to do something, you must file a motion with the clerk.

13. You are responsible for learning and following the procedures that govern the court process. The district judges, magistrate judges, clerk of court, and their staff are forbidden as a matter of law from providing legal advice. Legal advice should be sought from an attorney or legal clinic.